NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NASDAQ, INC.,**
*Appellant*

**v.**

**INVESTORS EXCHANGE LLC,**
*Appellee*

---

2022-1629

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2018-00039.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                        NASDAQ, INC. v. INVESTORS EXCHANGE LLC

(2)  Each side shall bear their own costs.

                                        FOR THE COURT

June 9, 2022
    Date                            /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** June 9, 2022